# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY COLEMAN,<br><br>       Plaintiff,<br><br>  v.<br><br>VASAVEZ,<br><br>       Defendant.<br>_____/ | CASE NO. 1:08-CV-01610 DLB PC<br><br>ORDER STRIKING COMPLAINT<br><br>(Doc. 1)<br><br>ORDER REQUIRING PLAINTIFF TO FILE SIGNED AMENDED COMPLAINT WITHIN 30 DAYS |

   This is a civil action filed by plaintiff Mark Anthony Coleman ("plaintiff"), a state prisoner proceeding pro.   Plaintiff filed his complaint on September 9, 2008.

   Plaintiff's complaint is unsigned and is therefore stricken.  Local Rule 7-131(b).  F.R.C.P. 11(a).  The Clerk's Office shall send to Plaintiff a complaint form, and Plaintiff shall file a signed amended complaint within 30 days of service of this order.

   Failure to comply with this order will result in a recommendation that this action be dismissed.

   IT IS SO ORDERED.

   **Dated:   October 28, 2008**            **/s/ Dennis L. Beck**
                                                                     UNITED STATES MAGISTRATE JUDGE